CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 19 2009

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

VINCENT E. BRUCE,

    Plaintiff,

v.

TRACY S. RAY, ET AL.,

    Defendant(s).

Case No. 7:09CV00070

**FINAL ORDER**

By: Glen E. Conrad
United States District Judge

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that this civil rights action, pursuant to 42 U.S.C. § 1983, is hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and is stricken from the active docket of the court.

ENTER: This 19th day of March, 2009.

/s/ Glen E. Conrad
United States District Judge